In the Matter of WILLIAM SCHWARTZ, Appellant, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK, as Head of the New York City Employees' Retirement System, et al., Respondents.

Submitted January 18, 1954; decided January 22, 1954.

*Adrian P. Burke, Corporation Counsel* (*Anthony Currieri* of counsel), for motion.

No one opposed.

Motion granted.